UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Case No.: 1:25-CR-10275-LTS |
| | : | |
| CAROLINA CORREA | : | |

**<u>DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM</u>**

Defendant Carolina Correa, by counsel, submits this supplemental memorandum to address some of the points raised in the government's recent sentencing filings.

First, the government included a modeling photograph from Ms. Correa's social media account portraying her on a washing machine with other surrounding props to characterize her as an outwardly proud and prolific money launder. The single photo used by the government is one of a series of photos taken of Mr. Correa during an amateur modeling photoshoot. The other photos from this series, which portray her in other fictional settings are attached hereto, not for the purpose of amusement, but to contextualize the single photograph contained in the government's sentencing memo.

Second, the Defense wishes to address the disposition of property concerns raised by the government. Since her arrest, Ms. Correa has sold four parcels of real property and no longer has ownership or control over the trucking equipment that was previously listed among her assets. The details regarding each item of disposed property are referenced below, and can be supported with documentation, upon request.

1. <u>1411 Bliss Street, Saginaw, MI 48602</u>. This property was sold on February 13, 2024, as part of Ms. Correa's real estate investment dealings. This property was a flip, which after closing, netted her $34,025.31. She used these proceeds to pay

down some debt, finance legal representation for this case, and to help carry the Calder Street property listed below.

2. <u>46 Calder Street, Unit #2, Providence, RI 02907</u>. This property was sold on July 22, 2024, also as part of Ms. Correa's real estate investments. After closing, this sale netted her $14, 212.24, which she used for living expenses.

3. <u>107 Standish Avenue, Providence, RI 02908</u>. This property was sold on April 11, 2025 and netted Mr. Correa $13,000.00. She also used these proceeds for living expenses.

4. <u>2212 Mackinaw Street, Saginaw, MI 48602</u>. This property was sold on January 13, 2026 to Ms. Correa's friend. The sale netted her $44, 406.15. Of this amount, $25,000.00 was credited back to the seller, operating at Rano LLC, as an unsecured loan. She used the remaining proceeds for legal fees, and to pay down credit card debt.

5. <u>Trucking Equipment</u>. On October 3, 2023, Ms. Correa's company, Bounty Trucking entered into a lease-to-own contract with Orok Logistics, LLC, for the trucking equipment at issue. The contract called for weekly payments of $398 for a term of 18 months. Once the payments were complete, title of the truck was transferred to the lessor.

> Defendant,
> CAROLINA CORREA
> By her Counsel
>
> /s/ John L. Calcagni III, Esq.
> John L. Calcagni III (Bar No.: 6809)
> Law Office of John L. Calcagni III, Inc.
> 72 Clifford Street, Suite 300
> Providence, RI 02903
> Phone: (401) 351.5100

Fax: (401) 351.5101
Email: jc@calcagnilaw.com

## **CERTIFICATION**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 4, 2026.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Suite 300
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

**CERTIFICATION**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on February 4, 2026.

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com
